In the Matter of GRACE GLADSTONE, Respondent, against BOARD OF EDUCATION OF ANDES CENTRAL SCHOOL DISTRICT NO. 2 OF THE TOWNS OF ANDES, DELHI AND BOVINA, Appellant.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

■

ABRAHAM BERSHADSKY, Appellant, v. MICHAEL HARVILLA, Respondent. (Action No. 1.) CLARA DOLGENAS et al., Appellants, v. SAM GENDELMAN et al., Respondents. (Action No. 2.) MICHAEL HARVILLA, Respondent, v. SAMUEL GENDELMAN et al., Respondents. (Action No. 3.) IDA ALENICK et al., Respondents, v. SAMUEL GENDELMAN et al., Respondents. (Action No. 4.) SAMUEL W. ARON, Respondent, v. "JOHN DOE", Doing Business as GREENFIELD MOUNTAIN SERVICE, Respondent. (Action No. 5.) —

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.